ROBERT S. NELSON (SBN# 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)
(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

Attorneys for Plaintiff
GLENN HILL and all others similarly situated

CHARLES O. THOMPSON, SBN 139841
MELYNNIE A. RIZVI, SBN 225591
KYLE L. SCHRINER, SBN 215853
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
(415) 362-2580 (phone)
(415) 434-0882 (fax)
rizvi@lbbslaw.com

Attorneys for Defendants
R+L CARRIERS, INC. and R+L CARRIERS SHARED SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN HILL, and all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>R+L CARRIERS, INC., a corporation; R+L CARRIERS SHARED SERVICES, LLC, a corporation,<br><br>  Defendant. | Case No. C 09-01907 CW<br><br>**ORDER CONTINUING DEADLINE FOR DEFENDANT R+L CARRIERS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Courtroom:  2<br>Judge:    Hon. Claudia Wilken |

**TABLE OF AUTHORITIES**
(continued)

**Page**

    Good cause hereby appearing, IT IS SO ORDERED.

    The deadline for Defendant R+L Carriers, Inc. to file a Motion to Dismiss for lack of personal jurisdiction is hereby extended from August 27, 2009 to September 17, 2009. Motion to be noticed for hearing on October 22, 2009.

Dated: 8/28/09

_____
The Honorable Claudia Wilken
United States District Court Judge