1  ROBERT S. NELSON (SBN# 220984)
   NELSON LAW GROUP
2  900 Cherry Avenue, Suite 300
   San Bruno, CA 94066
3  (650) 794-2760 (phone)
   (650) 794-2761 (fax)
4  rnelson@nelsonlawgroup.net

5  Attorneys for Plaintiff
6  GLENN HILL and all others similarly situated

7

8  CHARLES O. THOMPSON, SBN 139841
   MELYNNIE A. RIZVI, SBN 225591
9  KYLE L. SCHRINER, SBN 215853
   LEWIS BRISBOIS BISGAARD & SMITH LLP
10 One Sansome Street, Suite 1400
   San Francisco, CA 94104
11 (415) 362-2580 (phone)
12 (415) 434-0882 (fax)
   rizvi@lbbslaw.com
13

14 Attorneys for Defendants
   R+L CARRIERS, INC. and R+L CARRIERS SHARED SERVICES, LLC
15

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN HILL, and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>R+L CARRIERS, INC., a corporation; R+L CARRIERS SHARED SERVICES, LLC, a corporation,<br><br>Defendant. | Case No. C 09-01907 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON DEFENDANT R+L CARRIERS, INC.'S MOTION TO DISMISS TO NOVEMBER 12, 2009**<br><br>Date:     October 22, 2009<br>Time:     2:00 p.m.<br>Courtroom: 2<br>Judge:    Hon. Claudia Wilken |

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING, CASE NO. C 09-01907 CW

**WHEREAS** Defendant R+L CARRIERS, INC. ("Defendant") filed a Motion to Dismiss for Lack of Personal Jurisdiction ("Motion") that is currently scheduled for hearing in this Court on October 22, 2009; and

**WHEREAS** Plaintiff GLENN HILL's ("Plaintiff") opposition to the Motion is currently due to be filed by October 1, 2009; and

**WHEREAS** Plaintiff propounded discovery requests to Plaintiff, responses to which Plaintiff needs to oppose the Motion; and

**WHEREAS** Defendant has agreed to provide the needed discovery after a stipulated protective order is entered by the Court; and

**WHEREAS** the Court recently entered a Stipulated Protective Order but the parties are still in the process of exchanging needed discovery,

**NOW THEREFORE** Plaintiff Glenn Hill, by and through his attorney of record, Robert S. Nelson, and Defendants R+L Carriers, Inc. and R+L Carriers Shared Services LLC, by and through their attorneys of record, Lewis Brisbois Bisgaard & Smith LLP,

**HEREBY STIPULATE THAT**:

1. The hearing on Defendant R+L Carriers, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction be continued from October 22, 2009 to November 12, 2009 at 2:00 p.m. in Courtroom 2 of the above-entitled court; and

2. Plaintiff's deadline to oppose the Motion be keyed to the new November 12 hearing date (i.e., Plaintiff's opposition will be due to be filed by October 22, 2009).

///

2
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING, CASE NO. C 09-01907 CW

**IT IS SO STIPULATED.**

Dated: October 5, 2009                    NELSON LAW GROUP


By:___/S/ Robert S. Nelson_____
   Robert S. Nelson
   Attorneys for Plaintiff
   GLENN HILL and all others
   similarly situated


Dated: October 5, 2009                    LEWIS BRISBOIS BISGAARD SMITH LLP


By:___/S/ Melynnie A. Rizvi_____
   Charles O. Thompson
   Melynnie A. Rizvi
   Kyle L. Schriner
   Attorneys for Defendants
   R+L CARRIERS, INC. and
   R+L CARRIERS SHARED
   SERVICES, LLC


**PURSUANT TO THE ABOVE-NOTED STIPULATION, IT IS SO ORDERED.**


Dated: October __5__, 2009          _____
                                    HONORABLE CLAUDIA WILKEN
                                    JUDGE OF THE DISTRICT COURT

3
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING, CASE NO. C 09-01907 CW