ROBERT S. NELSON (SBN# 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)
(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

Attorneys for Plaintiff
GLENN HILL and all others similarly situated


CHARLES O. THOMPSON, SBN 139841
MELYNNIE A. RIZVI, SBN 225591
KYLE L. SCHRINER, SBN 215853
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
(415) 362-2580 (phone)
(415) 434-0882 (fax)
rizvi@lbbslaw.com

Attorneys for Defendants
R+L CARRIERS, INC. and R+L CARRIERS SHARED SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN HILL, and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>R+L CARRIERS, INC., a corporation; R+L CARRIERS SHARED SERVICES, LLC, a corporation,<br><br>　　　　　Defendant. | Case No. C 09-01907 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON DEFENDANT R+L CARRIERS, INC.'S MOTION TO DISMISS TO NOVEMBER 12, 2009**<br><br>Date:　　　October 22, 2009<br>Time:　　　2:00 p.m.<br>Courtroom:　2<br>Judge:　　　Hon. Claudia Wilken |

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING, CASE NO. C 09-01907 CW

**WHEREAS** Defendant R+L CARRIERS, INC. ("Defendant") filed a Motion to Dismiss for Lack of Personal Jurisdiction ("Motion") that is currently scheduled for hearing in this Court on October 22, 2009; and

**WHEREAS** Plaintiff GLENN HILL's ("Plaintiff") opposition to the Motion is currently due to be filed by October 1, 2009; and

**WHEREAS** Plaintiff propounded discovery requests to Plaintiff, responses to which Plaintiff needs to oppose the Motion; and

**WHEREAS** Defendant has agreed to provide the needed discovery after a stipulated protective order is entered by the Court; and

**WHEREAS** the Court recently entered a Stipulated Protective Order but the parties are still in the process of exchanging needed discovery,

**NOW THEREFORE** Plaintiff Glenn Hill, by and through his attorney of record, Robert S. Nelson, and Defendants R+L Carriers, Inc. and R+L Carriers Shared Services LLC, by and through their attorneys of record, Lewis Brisbois Bisgaard & Smith LLP,

**HEREBY STIPULATE THAT**:

1. The hearing on Defendant R+L Carriers, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction be continued from October 22, 2009 to November 12, 2009 at 2:00 p.m. in Courtroom 2 of the above-entitled court; and

2. Plaintiff's deadline to oppose the Motion be keyed to the new November 12 hearing date (i.e., Plaintiff's opposition will be due to be filed by October 22, 2009).

///

**IT IS SO STIPULATED.**

Dated: October 5, 2009						NELSON LAW GROUP


						By:___/S/ Robert S. Nelson_____
						       Robert S. Nelson
						       Attorneys for Plaintiff
						       GLENN HILL and all others
						       similarly situated


Dated: October 5, 2009						LEWIS BRISBOIS BISGAARD SMITH LLP


						By:___/S/ Melynnie A. Rizvi_____
						       Charles O. Thompson
						       Melynnie A. Rizvi
						       Kyle L. Schriner
						       Attorneys for Defendants
						       R+L CARRIERS, INC. and
						       R+L CARRIERS SHARED
						       SERVICES, LLC


**PURSUANT TO THE ABOVE-NOTED STIPULATION, IT IS SO ORDERED.**


Dated: October __5__, 2009					_____
						HONORABLE CLAUDIA WILKEN
						JUDGE OF THE DISTRICT COURT

3
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING, CASE NO. C 09-01907 CW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28