UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLENN HILL, and all others similarly situated,<br><br>       Plaintiff,<br>   v.<br><br>R+L CARRIERS SHARED SERVICES, LLC, a corporation,<br><br>       Defendant. | Case No. C 09-01907 CW<br><br>**STIPULATION AND ORDER ON THE PARTIES' JOINT ADMINISTRATIVE MOTION TO RESCHEDULE THE APRIL 29, 2010 CASE MANAGEMENT CONFERENCE**<br><br>Date:    TBD<br>Time:    TBD<br>Court:   2<br>Judge:   Hon. Claudia Wilken |

**WHEREAS** the Court, during a hearing on January 22, 2010, indicated that it would be preferable to delay any future case management conferences in this case until after the *Hoffman-La Roche* opt-in period had ended; and

**WHEREAS** a *Hoffman-La Roche* opt-in notice ("Notice") was mailed out to putative class members on February 23, 2010; and

**WHEREAS** the Notice gave class members 75 days from the date of mailing to opt in to the case; and

**TABLE OF AUTHORITIES**

**Page**

**WHEREAS** the deadline to opt in, based on the terms of the Notice and its February 23 distribution date, is May 10, 2010; and

**WHEREAS** the next case management conference in this case is currently set for April 29, 2010, before the opt-in period ends; and

**WHEREAS** the parties in the case have filed a joint administrative motion asking that the case management conference be rescheduled until sometime after the May 10, 2010 opt-in deadline,

**NOW THEREFORE** Plaintiff Glenn Hill, by and through his attorney of record, Robert S. Nelson, and Defendant R+L Carriers Shared Services LLC, by and through their attorneys of record, Lewis Brisbois Bisgaard & Smith LLP, **HEREBY STIPULATE THAT**:

1. With the Court's permission and approval, the case management conference currently scheduled for April 29, 2010 be re-scheduled to the earliest available date after May 10, 2010, and the deadline(s) for any case management statements be re-scheduled pursuant to the new conference date.

**IT IS SO STIPULATED.**

Dated: April __20th__, 2009           NELSON LAW GROUP


                                      By:___/S/ Robert S. Nelson_____
                                         Robert S. Nelson
                                         Attorneys for Plaintiff GLENN HILL
                                         and all others similarly situated

Dated: April __20th__, 2010           LEWIS BRISBOIS BISGAARD SMITH
                                      LLP

                                      By:_____/S/ Kyle L. Schriner_____

ii
PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND MPA ISO
CASE NO. C 09-01907 CW

**TABLE OF AUTHORITIES**

**Page**

Charles O. Thompson
Melynnie A. Rizvi
Kyle L. Schriner
Attorneys for Defendants
R+L CARRIERS SHARED
SERVICES, LLC

**PURSUANT TO THE ABOVE-NOTED STIPULATION, AND THE PARTIES' JOINT ADMINISTRATIVE MOTION, IT IS HEREBY ORDERED THAT:**

1. The case management conference currently scheduled for April 29, 2010 be re-scheduled to **June 8, 2010**, the earliest feasible date after May 10, 2010; and

2. The joint case management conference statement for the conference be due to be filed by **June 1, 2010**.

Dated: April 23, 2010

_____
HONORABLE CLAUDIA WILKEN
JUDGE OF THE DISTRICT COURT