IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN HILL,<br><br>    Plaintiff,<br><br>  v.<br><br>R + L CARRIERS INC, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-01907 CW<br><br>ORDER OF <ins>REFERENCE TO MAGISTRATE JUDGE</ins> |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion to Compel Production of Declarations of Class Members or to Exclude Plaintiffs from Relying on the Declarations and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Hearing date previously scheduled for September 16, 2010 is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 8/13/2010

                                         */s/ Claudia Wilken*<br>
                                         CLAUDIA WILKEN<br>
                                         United States District Judge

cc: Wings; Assigned M/J w/mo.