UNITED STATES DISTRICT COURT

Northern District of California

GLENN HILL,

          Plaintiff,

  v.

R + L CARRIERS INC, et al.,

          Defendants.
_____/

No. C 09-1907 CW (MEJ)

**ORDER RE: INDIVIDUAL DISCOVERY LETTERS**

The Court is in receipt of two individual discovery letters from the parties, filed August 30, 2010 and August 31, 2010. (Dkt. ## 191, 193.) As the letters are not in compliance with the undersigned's discovery standing order, they shall not be considered. The parties shall re-submit their dispute in compliance with the standing order (i.e., one joint letter of no more than five pages). If a party will not cooperate with the meet and confer/joint letter process, the other party shall follow the appropriate procedure set forth in the standing order.

**IT IS SO ORDERED.**

Dated: September 2, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge