UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN HILL,<br><br>        Plaintiff,<br><br>v.<br><br>R+L CARRIERS SHARED SERVICES, LLC, a corporation;<br><br>        Defendants. | CASE NO. C 09-01907 CW MEJ<br><br>**REQUEST FOR TELEPHONIC CONFERENCE REGARDING COURT'S ORDER RE DISCOVERY DISPUTE (DKT. #203)** |

Dear Judge James:

    The parties in the above-referenced matter have received and reviewed your Order Re Discovery Dispute dated September 22, 2010 (Docket # 203). The parties, after conferring with each other, and speaking with your clerk, Mr. Chris Nathan, request a telephonic conference with the Court anytime after 11:00 a.m. on Monday, September 27, 2010, as the Court's schedule permits.

    The nature of the call is to discuss the September 22, 2010 Order. After receiving the Court's Order, Plaintiffs notified Defendant that they have greater than 15 Declarations. Defendant contends that since the case law is clear that Defendant is entitled to depose each Declarant, additional depositions are required. Also, because Defendant should be entitled to take some depositions of opt-in plaintiffs from whom Plaintiffs' counsel could not or did not obtain declarations, additional depositions are necessary.

    At your earliest convenience, please confirm what time the parties may confer with you on Monday, September 27, 2010.

                                            Respectfully submitted by:

Dated: September 23, 2010                 JAMES Y. WU

                                                  /s/
                                        Lewis Brisbois Bisgaard & Smith LLP
                                        Attorneys Defendant R+L Carriers Shared Services LLC

The conference shall take place on September 27, 2010 at 1:30 p.m. The parties shall contact the courtroom deputy, Brenda Tolbert, at (415) 522-4708 to provide a local or toll-free number at which they may be reached at the time of the conference.



GRANTED
Judge Maria-Elena James

4844-4405-6327.1