UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GLENN HILL,<br><br>　　　　　　Plaintiff,<br>　　v.<br>R+L CARRIERS SHARED SERVICES, LLC,<br>　　　　　　Defendant.<br>_____/ | No. C 09-1907 CW (MEJ)<br><br>**ORDER RE EX PARTE COMMUNICATIONS** |

On August 17, 2010, the undersigned issued a Notice of Reference for Purposes of Discovery in this case. (Dkt. #189.) As part of the notice, the Court informed the parties that they must comply with the undersigned's discovery standing order when presenting discovery disputes to the Court. Pursuant to paragraph 7 of the standing order, "All communications or questions to the Court shall be presented in writing, properly filed, and include a certification that all parties were served a copy of the written communication." Thus, unless a dispute arises during a deposition or site inspection, the parties' communication with the Court should be in the form of a joint letter pursuant to paragraph 4 or a written request for a telephonic conference pursuant to paragraph 3. Although the parties have recently taken to calling court staff directly rather than complying with the standing order, they are hereby instructed that they are not to call court staff when a dispute arises, unless it is during a deposition or site inspection.

**IT IS SO ORDERED.**

Dated: October 4, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge