UNITED STATES DISTRICT COURT

Northern District of California

GLENN HILL,

                Plaintiff,

  v.

R+L CARRIERS SHARED SERVICES, LLC,

                Defendant.
_____/

No. C 09-1907 CW (MEJ)

**ORDER SCHEDULING DISCOVERY CONFERENCE**

      The Court hereby ORDERS the parties to participate in a telephonic discovery conference with the undersigned on October 7, 2010 (today) at 3:30 p.m. The parties shall contact the courtroom deputy, Brenda Tolbert, at (415) 522-4708, and provide a local or toll-free number at which they can be reached at the time of the conference. The parties shall be prepared to meaningfully discuss all discovery matters that are currently pending.

      If the parties are unable to participate in the conference at 3:30 p.m. today, they shall file a joint statement by 12:30 p.m. today and provide their joint availability from today through October 13, 2010.

**IT IS SO ORDERED.**

Dated: October 7, 2010

                                                                                                  Maria-Elena James
                                                                               Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California