IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN HILL, and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>R+L CARRIERS, INC.; R+L CARRIERS SHARED SERVICES, LLC,<br><br>        Defendants.<br>_____/ | No. C 09-1907 CW<br><br>ORDER DENYING DEFENDANT'S MOTION TO CONTINUE THE DECERTIFICATION HEARING AND MOTION FOR RELIEF FROM NON-DISPOSITIVE PRE-TRIAL ORDER OF MAGISTRATE JUDGE (Docket Nos. 207 and 220) |

    Defendant R+L Carriers Shared Services, LLC, moves to continue the decertification hearing in this wage-and-hour action, which is set for December 2, 2010, and for relief from Magistrate Judge Maria-Elena James's Order of September 22, 2010.  Both motions are premised on the argument that, even though Defendant is entitled to obtain individualized discovery from the opt-in Plaintiffs, it cannot do so based on the December 2 hearing date.  Defendant's motion for decertification is due October 28, 2010 and, based on this deadline, Magistrate Judge James limited Defendant to fifteen depositions.  Plaintiff Glenn Hill opposes Defendant's motion to continue; he was not required to file an opposition to Defendant's motion for relief from the September 22 Order, and he did not do so.

    Defendant does not establish good cause to continue the decertification hearing date, which was set at the June 8, 2010 case management conference.  The deadline to opt in to this action was May 10, 2010 and, at the time of the case management

conference, Defendant represented that it believed that at least forty-eight people had done so. Nevertheless, Defendant waited until July 30, 2010 to propound its discovery requests and did not serve notice for depositions until August 9, 2010.

Further, based on Magistrate Judge James's Order, Defendant is able to take individualized discovery of a cross-section of the opt-in class. Under the September 22 Order, Defendant may depose fifteen opt-in Plaintiffs of its choosing. Defendant does not argue persuasively that, to support its decertification motion, it must depose all fifty-two of the opt-in Plaintiffs. In addition, Plaintiff has agreed to proffer only ten declarations by opt-in Plaintiffs, which mitigates the need to depose the entire opt-in class.

Accordingly, the Court DENIES Defendant's motion to continue the decertification hearing (Docket No. 207) and motion for relief from Magistrate Judge James's Order of September 22, 2010 (Docket No. 220).

IT IS SO ORDERED.

Dated: 10/12/2010

CLAUDIA WILKEN
United States District Judge