**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8                                             No. C 09-1907 CW
GLENN HILL, and all others similarly
9  situated,                                  ORDER DENYING
                                              STIPULATED REQUEST
10             Plaintiff,                      TO EXCEED PAGE
                                              LIMITS, SETTING
11    v.                                       BRIEFING SCHEDULE
                                              AND RESETTING
12 R+L CARRIERS, INC.; R+L CARRIERS            HEARING DATE
SHARED SERVICES, LLC,                         (Docket No. 228)
13
               Defendants.
14 ─────────────────────────────────────/

15      Plaintiff Glenn Hill and Defendant R+L Carriers Shared

16 Services, LLC, have filed a stipulated request to exceed the page

17 limits on the briefing for Plaintiff's motion for class

18 certification and Defendant's cross-motion for decertification.

19 The Court DENIES their request.  (Docket No. 228.)

20      Plaintiff's motion, which is not to exceed twenty-five pages,

21 shall be due October 28, 2010.  Defendant's cross-motion and

22 opposition to Plaintiff's motion, contained in a single brief not

23 to exceed twenty-five pages, shall be due November 12, 2010.

24 Plaintiff's reply and opposition to Defendant's cross-motion,

25 contained in a single brief not to exceed fifteen pages, shall be

26 due November 19, 2010.  Defendant's reply, which is not to exceed

27 fifteen pages, shall be due November 26, 2010.

28

1        The hearing on these motions, currently set for December 2,

2   2010, is continued to December 9, 2010 at 2:00 p.m.

3        IT IS SO ORDERED.

4

5   Dated: 10/20/2010

    CLAUDIA WILKEN
6                              United States District Judge

**United States District Court**
For the Northern District of California

2