IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLENN HILL and CASEY BAKER, and all others similarly situated,

    Plaintiffs,

  v.

R+L CARRIERS, INC.; R+L CARRIERS SHARED SERVICES, LLC,

    Defendants.

No. C 09-1907 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Defendant R+L Carriers Shared Services, LLC's Motion in Limine to Exclude Robert Koenegstein and Russell Weitzel as Class Members and for Costs, filed October 21, 2010, is referred in part to the Honorable Maria-Elena James, United States Magistrate Judge for handling.  Magistrate Judge James will consider Defendant's request for costs.  Thereafter, in light of her decision, the undersigned will consider Defendant's requests for exclusion.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

    Defendant's requests for exclusion will be heard on December 9, 2010 at 2:00 p.m., along with the parties' motions concerning class certification.  The hearing set for December 2, 2010 is VACATED.

    IT IS SO ORDERED.

Dated: 10/27/2010

                                              CLAUDIA WILKEN
                                              United States District Judge