# UNITED STATES DISTRICT COURT
## Northern District of California

GLENN HILL,

        Plaintiff,

  v.

R + L CARRIERS INC, et al.,

        Defendants.
_____/

No. C 09-1907 CW (MEJ)

**ORDER RE: REQUEST FOR COSTS**

On October 21, 2010, Defendant R+L Carriers Shared Services LLC filed a Motion in Limine to Exclude Robert Koenegstein and Russell Weitzel as Class Members and for Costs. (Dkt. #231.) On October 27, 2010, the Honorable Claudia Wilken, the presiding judge in this matter, referred Defendant's motion in part to the undersigned to consider its request for costs. Accordingly, the undersigned hereby ORDERS the parties to file a joint letter which solely addresses the issue of costs. The joint letter shall include a separate cover page, and each party shall present their position in no more than three pages. The parties shall file their joint letter by November 9, 2010. The undersigned shall not consider Defendant's motion.

**IT IS SO ORDERED.**

Dated: October 27, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge