**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHARLES O. THOMPSON, SB# 139841
    Email thompsonc@lbbslaw.com
JAMES Y. WU, SB# 213090
    Email wu@lbbslaw.com
JILL V. CARTWRIGHT, SB# 260519
    Email cartwright@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 362-2580
Facsimile:   (415) 434-0882
Attorneys for Defendants R+L CARRIERS, INC., and R+L CARRIERS SHARED SERVICES, LLC

**THOMPSON HINE LLP**
ANTHONY C. WHITE, ESQ. (*admitted pro hac vice*)
    Email tony.white@thompsonhine.com
O. JUDSON SCHEAF, III, ESQ. (*admitted pro hac vice*)
    Email jud.scheaf@thompsonhine.com
STEPHANIE M. CHMIEL, ESQ. (*admitted pro hac vice*)
    Email stephanie.chmiel@thompsonhine.com
41 South High Street, Suite 1700
Columbus, OH  43215-6101
Telephone: (614) 469-3200
Facsimile:  (614) 469-3361
Of Counsel for Defendant R+L CARRIERS SHARED SERVICES, LLC

**DEUTSCH KERRIGAN & STILES, LLP**
ELLIS B. MUROV, ESQ. (*admitted pro hac vice*)
    Email emurov@dkslaw.com
755 Magazine Street
New Orleans, LA 70130
Telephone:  (504) 581-5141
Facsimile:   (504) 566-4055
Of Counsel for Defendant R+L CARRIERS SHARED SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GLENN HILL, and all other similarly situated, | CASE NO. C09-01907  CW MEJ |
| Plaintiff(s),<br>v.<br>R+L CARRIERS, INC., a corporation; R+L CARRIERS SHARED SERVICES, LLC, a corporation;<br>Defendants. | **STIPULATION FOR ORDER RESCHEDULING HEARING DATE REGARDING PLAINTIFFS' MOTION TO CERTIFY AND DEFENDANT'S MOTION TO DECERTIFY A CLASS AND DEFENDANT'S MOTION TO EXCLUDE ROBERT KOENEGSTEIN AND RUSSELL WEITZEL** |

4830-1283-6103.1                                       1                              C09-01907 CW MEJ
STIPULATION FOR ORDER RESCHEDULING HEARING DATE REGARDING
PLAINTIFFS' MOTION TO CERTIFY AND DEFENDANT'S MOTION TO DECERTIFY A CLASS AND
DEFENDANT'S MOTION TO EXCLUDE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant R+L Carriers Shared Services, LLC ("R+L") (collectively the "Parties"), respectfully submit this stipulated request for an order rescheduling the December 9, 2010 hearing date for the parties' Decertification/Certification Motions and R+L's Motion *in Limine* to Exclude Robert Koenegstein and Russell Weitzel. The parties stipulate and request that this Court to hear their Motions at 2:00 p.m. on December 23, 2010. The parties are <u>not</u> seeking a modification of the briefing schedule.

For the reasons stated in the following Declaration of Anthony C. White, and based on scheduling conflicts of the Defense counsel, the parties respectfully assert that good cause exists for rescheduling the December 9, 2010 hearing date for their Motions.

Dated:  November 1, 2010        /s/ *James Y. Wu*
                                JAMES Y. WU, ESQ.
                                Attorney for Defendant
                                R+L CARRIERS SHARED SERVICES, LLC

Dated:  November 1, 2010        /s/  *Robert S. Nelson*
                                ROBERT NELSON, ESQ.
                                Counsel for Plaintiffs
                                GLENN HILL and CASEY BAKER and all others similarly situated

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

                                /s/ *Robert S. Nelson*
                                ROBERT NELSON, ESQ.
                                Counsel for Plaintiffs
                                GLENN HILL and CASEY BAKER and all others similarly situated



4830-1283-6103.1

C09-01907 CW MEJ

STIPULATION FOR ORDER RESCHEDULING HEARING DATE REGARDING PLAINTIFFS' MOTION TO CERTIFY AND DEFENDANT'S MOTION TO DECERTIFY A CLASS AND DEFENDANT'S MOTION TO EXCLUDE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Hearing on the parties' Decertification/Certification Motions and Defendant's Motion to Exclude is rescheduled to Thursday, December 23, 2010 at 2:00 p.m.

Dated: **11/2/2010**     By: _____
                              Hon. Claudia Wilken
                              United States District Court Judge

