UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GLENN HILL,<br><br>           Plaintiff,<br>  v.<br>R + L CARRIERS INC, et al.,<br><br>           Defendants.<br>_____/ | No. C 09-1907 CW (MEJ)<br><br>**ORDER RE: DISCOVERY LETTER** |

On November 9, 2010, the parties filed a joint discovery letter regarding deposition costs (Dkt. #247.)  As the letter is not in compliance with the undersigned's discovery standing order, it shall not be considered.  The parties are reminded that discovery letters are to be no more than five pages, excluding the cover page.

**IT IS SO ORDERED.**

Dated: November 10, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge