UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GLENN HILL,<br><br>    Plaintiff,<br>  v.<br><br>R + L CARRIERS INC,<br><br>    Defendant.<br>_____/ | No. C 09-01907 CW (MEJ)<br><br>**ORDER DIRECTING DEFENDANT TO FILE ITEMIZED STATEMENT OF FEES AND COSTS** |

On March 4, 2011, the parties in this action filed a joint letter regarding their dispute over the amount of fees and expenses Defendant is entitled to recover in connection with the depositions of two former opt-in plaintiffs. *See* Dkt. #283. To enable the Court to assess the reasonableness of Defendant's request, the Court **HEREBY ORDERS** Defendant to file an itemized statement (separated by deponent and date) of the costs and fees it seeks. Defendant shall file the itemized statement no later than May 5, 2011.

**IT IS SO ORDERED.**

Dated: April 28, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge