UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLENN HILL, et al.,

    Plaintiffs,

    v.

R + L CARRIERS INC., et al.,

    Defendants.

_____ /

No. 09-01907 CW (MEJ)

**NOTICE AND ORDER SETTING HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above-entitled case has been set for hearing regarding the parties' joint discovery dispute letter, (Dkt. No. 283), on June 9, 2011, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, before Magistrate Judge Maria-Elena James.

Dated: June 1, 2011

                                                              _____

                                                      Brenda Tolbert, Courtroom Deputy to Chief
                                                      Magistrate Judge Maria-Elena James