UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILL

    Plaintiff(s),

  v.

R + L CARRIERS INC

    Defendant(s).

                                      /

No. 09-01907 CW (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letters dated June 1, 2011 and June 2, 2011, Plaintiffs Miguel Saucedo and Casey Baker and Defendant's representative Courtney Wyrick requested to be excused from personally appearing at the settlement conference scheduled for June 15, 2011. No opposition was received by any party.

Upon consideration of the requests, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Mr. Saucedo, Mr. Baker and Mr. Wyrick be available by telephone from 1:30 p.m. Pacific Standard Time until further notice on June 15, 2011.

If the Court concludes that the absence of Mr. Saucedo, Mr. Baker and/or Mr. Wyrick is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Mr. Saucedo, Mr. Baker and/or Mr. Wyrick.

SO ORDERED.

Dated: June 3, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge