UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GLENN HILL, | No. C 09-01907 CW (MEJ) |
| Plaintiff, | **DISCOVERY ORDER DIRECTING DEFENDANT TO FILE SUPPLEMENTAL ITEMIZATION** |
| v. | |
| R + L CARRIERS INC, | |
| Defendant. | |
| _____/ | |

On April 28, 2011, this Court directed Defendant to file an itemization of the costs and fees it seeks in connection with the failed depositions of two opt-in plaintiffs. Dkt. No. 290. On May 3, 2011, Defendant filed its itemization. Dkt. No. 291. As part of the expenses Defendant seeks to recoup in connection with Mr. Koenegstein's deposition, Defendant seeks $395 for "Airfare, Change Fees, and Difference in Flight Costs." *Id*. at 3. To assist the Court in determining whether Defendant is entitled to recover these expenses, the Court directs Defendant to file a supplemental itemization breaking down this amount into specific costs and noting the date each cost was incurred. Defendant shall limit its response to the information requested and shall file its supplemental itemization no later than June 16, 2011.

**IT IS SO ORDERED.**

Dated: June 13, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge