UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILL, et al.,

    Plaintiffs,

v.

R + L CARRIERS, INC.,

    Defendant.
_____/

No. C 09-01907 CW (EDL)

ORDER RE: ATTENDANCE AT SETTLEMENT CONFERENCE

    Plaintiffs Glenn Hill, Miguel Saucedo and Casey Baker are excused from personally appearing at the settlement conference scheduled for June 23, 2011. Plaintiffs shall be available by telephone from 1:30 p.m. Pacific Standard Time until further notice on June 23, 2011. Further, Defendant's designated representative, Jim Fishpaw, shall attend the conference in person in lieu of Dan Brake as previously ordered by the Court.

IT IS SO ORDERED.

Dated: June 22, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge