**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLENN HILL, et al.,

      Plaintiffs,

  v.

R + L CARRIERS SHARED SERVICES, INC.,

      Defendant.
_____/

No. 09-01907 CW (EDL)

ORDER FOR FURTHER UPDATE

      The Court is in receipt of the June 27, 2011 facsimile from Defendant updating the Court on the status of the parties' settlement discussions. The parties shall continue their efforts toward settlement and shall update this Court via facsimile no later than June 30, 2011.

IT IS SO ORDERED.

Dated: June 27, 2011

                                              _____
                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge