IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN HILL, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>R + L CARRIERS INC,<br><br>    Defendant.<br>_____/ | No. C 09-01907 CW<br><br><u>ORDER OF REFERENCE TO MAGISTRATE JUDGE</u> |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the Motion to Compel Payment of Sanctions Award filed in the above-captioned case is referred to Magistrate Judge James.  The hearing noticed for September 1, 2011 is vacated.  Counsel will be advised of the date, time and place of any appearance by notice from Magistrate Judge James.  If the Magistrate Judge recommends any order that she does not have the jurisdiction to impose, she may make a report and recommendation.

Dated: 7/29/2011

                                          CLAUDIA WILKEN<br>                                          United States District Judge

cc: Sue; MEJ