IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLENN HILL,

    Plaintiff,

 v.

R + L CARRIERS INC,

    Defendant.
_____/

No. C 09-01907 CW

CLERK'S NOTICE
DEEMING OBJECTION
DENIED

On August 13, 2011, Plaintiff filed an objection to the Magistrate Judge's order granting the motion to compel filed on August 12, 2011. Civil Local Rule 72-2 states, in part, "The District Judge may deny the objection by written order at any time, but may not grant it without first giving the opposing party an opportunity to brief the matter. If no order denying the motion or setting a briefing schedule is made within 14 days of the filing of the objection, the objection shall be deemed denied. The Clerk shall notify parties when an objection has been deemed denied." Fourteen days has passed since the filing of the objection to the Magistrate Judge's order, and the Court has not issued an order. Accordingly,

Notice is hereby given that Plaintiff's objection is deemed denied.

Dated: 8/30/2011                     _____
                                                       Deputy Clerk