**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHARLES O. THOMPSON, SB# 139841
     Email thompsonc@lbbslaw.com
JAMES Y. WU, SB# 213090
     Email wu@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 362-2580
Facsimile:  (415) 434-0882
Attorneys for Defendants R+L CARRIERS, INC., and R+L CARRIERS SHARED SERVICES, LLC

**THOMPSON HINE LLP**
ANTHONY C. WHITE, ESQ. (*admitted pro hac vice*)
     Email tony.white@thompsonhine.com
O. JUDSON SCHEAF, III, ESQ. (*admitted pro hac vice*)
     Email jud.scheaf@thomsonhine.com
STEPHANIE M. CHMIEL, ESQ. *(admitted pro hac vice)*
     Email stephanie.chmiel@thompsonhine.com
41 South High Street, Suite 1700
Columbus, OH  43215-6101
Telephone:  (614) 469-3200
Facsimile:  (614) 469-3361
Of Counsel for Defendant R+L CARRIERS SHARED SERVICES, LLC

**DEUTSCH KERRIGAN & STILES, LLP**
ELLIS B. MUROV, ESQ. *(admitted pro hac vice)*
     Email emurov@dkslaw.com
755 Magazine Street
New Orleans, LA 70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-4055
Of Counsel for Defendant R+L CARRIERS SHARED SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GLENN HILL, and all other similarly situated,<br><br>          Plaintiff(s),<br>     v.<br><br>R+L CARRIERS, INC., a corporation; R+L CARRIERS SHARED SERVICES, LLC, a corporation;<br><br>          Defendants. | CASE NO. C09-01907  CW MEJ<br><br>**[PROPOSED] ORDER GRANTING R+L CARRIERS SHARED SERVICES, LLC'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT PURSUANT TO LOCAL RULE 7-11 AND DISMISSING PLAINTIFFS' CLAIMS** |

///
///

Defendant R+L CARRIERS SHARED SERVICES, LLC's ("R+L") Unopposed Motion for Approval of Settlement Agreement in the above-entitled action having come before the Honorable Claudia Wilken for administrative relief, and the Court having considered all pleadings and papers filed in support of the Motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant R+L CARRIERS SHARED SERVICES, LLC's Unopposed Motion for Approval of Settlement Agreement is **GRANTED** and Plaintiffs' Complaint is **Dismissed With Prejudice**.

Dated: 9/6/2011

_____
HONORABLE CLAUDIA WILKEN